JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS TREJO, | Case No. CV 09-1113-SVW (DTB) |
| Petitioner, | JUDGMENT |
| vs. | |
| KELLY HARRINTON, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 9, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE